UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE Subscriber Assigned IP Address 98.207.153.167,<br><br>　　　　　　Defendant. | Case No.  15-cv-04173-WHA<br><br>[~~Proposed~~] **O**RDER **G**RANTING **A**DMINISTRATIVE **M**OTION TO **F**ILE **C**ERTAIN **D**OCUMENTS **U**NDER **S**EAL |

Having reviewed and considered Third-Party Subscriber Assigned IP Address 98.207.153.167's Administrative Motion to File Certain Documents Under Seal and the supporting declaration of Mark F. Lambert filed pursuant to Local Rule 79-5(d), and good cause appearing therefore, **IT IS HEREBY ORDERED** that the portions of the Notice to Court containing identifying information for the "Third Party Subscriber" and for the person referenced as the "Renter" shall be filed under seal by the Clerk.

**IT IS SO ORDERED.**

Dated: __December 17__, 2015          By: _____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

125419504

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

CASE NO. 15-cv-04173-WHA
[~~Proposed~~] ORDER GRANTING
ADMIN MOTION TO FILE UNDER SEAL