**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 15-04173 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER IP ADDRESS 98.207.153.167, | **ORDER GRANTING SEALING MOTION AND EXTENDING DEADLINE TO EFFECTUATE SERVICE** |
| Defendant. | |

An order dated January 19 extended the deadline to effectuate service to January 29. On January 29, plaintiff filed a motion to further extend the deadline to effectuate service. On February 2, plaintiff filed a motion seeking leave to file under seal its amended complaint, proposed summons, and return of service. Plaintiff avers that its delay in effectuating service is due to the fact that it is pursuing claims against a tenant who lived in a trailer adjacent to subscriber's property, which has caused logistical delays and required a more thorough investigation.

Plaintiff's sealing motion is hereby **GRANTED**. Plaintiff shall have until **FEBRUARY 16** to effectuate service.

**IT IS SO ORDERED.**

Dated: February 2, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE