# EXHIBIT C – EMAIL FROM J. CURTIS EDMONDSON TO BRIAN HEIT ON 2/29/2016

J. Curtis Edmondson <jcedmondson@edmolaw.com>     2/29/2016 9:46 PM

# Re: Joint CMC and Proposed Order- Malibu Media v. John Doe 3:15-cv-04173-WHA NCA32

To Brian Heit <brian.heit@helaw.attomey> • J. Curtis Edmondson <jcedmondson@edmolaw.com> • darian@slindenelson.com • keith@slindenelson.com

Hi Brian,

Attached are my edits. Since it is joint report, can you take off your firm name that runs in the sidebar. Since you were the attomey who did the meet and confer, I need you to sign off on it.

If we can find some common ground on the ESI then I think we are pretty close. I think my trial dates are more realistic in view of discovery, expert disclosures, etc.

Once we agree, we can use the same form for the other two cases.

I am in Vegas for a meeting tomorrow and Weds. I will try and correspond by email.

Sincerely,

J. Curtis Edmondson, P.E.
Law Offices of J. Curtis Edmondson
Venture Commerce Center
3699 NW John Olsen Place
Hillsboro OR 97124
(503) 336-3749
(503) 482-7418 fax
jcedmondson@edmolaw.com
www.edmolaw.com

> On February 29, 2016 at 1:17 PM Brian Heit <brian.heit@helaw.attomey> wrote:
>
> Good Morning Curt,
>
> Please see attached for captioned matter.
>
> Thanks,
>
> Brian
>
> --



Brian M. Heit, Esq.
*Managing Partner*
HEIT | ERLBAUM, LLP
6320 Canoga Avenue, 15th Floor
Woodland Hills, CA 91367
855.231.9868 | brian.heit@HElaw.attorney

https://www.linkedin.com/in/brianheit

This email and any attachments thereto may contain private, confidential, and privileged

material for the sole use of the intended recipient. It is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. Any review, copying, or distribution of this email (or any attachments thereto) by others is strictly prohibited.  If you are not the intended recipient, please contact the sender immediately and permanently delete the original and any copies of this email and any attachments thereto. Without a valid retainer agreement, no attorney-client relationship shall be created unless evidenced by a formal signed written agreement by both lawyer and client.

- MBS 1.002 - EX A - Model Stip E-discovery OrderPatent - 02292016 -r2.docx (74 KB)
- MBS 1.002 - NCA32 Joint CMC Statement and Proposed Order - 02292016 r1.docx (330 KB)