Brenna E. Erlbaum (SBN: 296390)
**HEIT ERLBAUM, LLP**
501-I South Reino Rd #344
Newbury Park, CA 91320
[phone]: (805) 231.9798
Brenna.Erlbaum@HElaw.attorney
Counsel for the Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

### San Francisco

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 98.207.153.167, <br> JOHN DOE 2 <br><br> Defendant. | Case Number: 3:15-cv-04173-WHA <br><br> **PLAINTIFF'S STATEMENT REGARDING CASE MANAGEMENT STATEMENT** |

### PLAINTIFF'S STATEMENT REGARDING CASE MANAGEMENT STATEMENT

Pursuant to this Court's Order, the Parties were required to file a Join Case Management Statement by March 3, 2016.

On February 25, 2016, the Parties held a telephonic conference to discuss the status of this case and the proposal of a Case Management Statement. On February 26, 2016, in preparation for the Court's Case Management Conference, Plaintiff sent defense counsel a proposed Case Management Statement ("Joint Statement"). That same day, Defense counsel sent Plaintiff the Joint Statement with Defendant's proposed revisions. All of Defendant's modifications were acceptable

to Plaintiff.[1]  The Joint Statement is attached hereto as Exhibit "A."  However, Plaintiff's counsel did not advise Defendant that the modifications were approved and the finalized Joint Statement was not filed.  This was an oversight on Plaintiff's counsel's part and was unintentional.  Plaintiff sincerely apologizes to the Court for this delay and for any inconvenience it may have caused.

Dated: March 9, 2016.

        HEIT ERLBAUM, LLP

        /s/ Brenna Erlbaum
        BRENNA ERLBAUM, ESQ
        Attorney for Plaintiff

---

[1] Although Plaintiff agrees to the modified Joint Statement, it does not agree to the Model ESI Order Defendant proposed.  This is because Defendant proposes the model order for Patent cases and this is not a patent case.  Further, Plaintiff discussed, at length, the preservation and production of ESI in the Joint Statement attached hereto as Exhibit "A."