Henrik Mosesi, Esq. (SBN: 189672)
**Pillar Law Group APLC**
150 S. Rodeo Drive, Suite 260
Beverly Hills, CA 90212
Tel.:  310-999-0000
Fax:  888-667-5482
henry@pillay.law
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 98.207.153.167, et al.,<br>　　　　　Defendant. | Case Number:   3:15-cv-04173-WHA<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff Malibu Media, LLC's and Defendant John Doe's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant John Doe's claims against each other are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

3. This case is closed for administrative purposes.

　　　SO ORDERED this _29_ day of ___November___, 2016.


By: _____

**UNITED STATES DISTRICT JUDGE**